USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

MARIANELA BERROA AVILA,

Plaintiff,

-v-

PETER PAN BUS LINES, INC.,

Defendant.

---------------------------------------------------------------------X

26-cv-2658 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On November 9, 2026, the Court ordered the parties to show cause by November 13, 2026, why discovery-related documents filed publicly should not be stricken from the docket in light of Federal Rule of Civil Procedure 5. Dkt. No. 12. No party has filed a timely response. Accordingly, the Court respectfully directs the Clerk of Court to strike Dkt. Nos. 3, 7–11.[1]

SO ORDERED.

Dated: November 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

[1] On May 14, 2026, Defendant Peter Pan Bus Lines, Inc. filed its request for production of documents. Dkt. No. 3. On August 27, 2026, Defendant filed its initial disclosures and interrogatories to Plaintiff Marianela Berroa Avila. Dkt. Nos. 7–8. On November 6, 2026, Plaintiff filed responses to Defendant's discovery requests. Dkt. Nos. 9–10. On November 9, 2026, Plaintiff filed her interrogatories to Defendants on the docket. Dkt. No. 11.